IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARIBEL HEISLEY et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:10cv714(LMB/IDD) |
| ) | |
| INOVA HEALTH SYSTEM, ) | |
| ) | |
| Defendant. ) | |

FILED
AUG 26 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion to Stay Proceedings and good cause having been shown, the Unopposed Motion is GRANTED and it is hereby

ORDERED that all proceedings in this case are stayed until the earlier of November 26, 2010 or upon application of the Plaintiffs to lift the stay.

The Clerk is directed to remove this civil action from the active docket of the Court and to forward copies of this Order to counsel of record.

Entered this 26th day of August, 2010.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge